

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

January 14, 2021                                                                                                                File No. 30975.448

**VIA ECF AND ELECTRONIC MAIL**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> It is hereby ORDERED that the Initial Pretrial Conference scheduled for January 19, 2020 and all deadlines in this case are ADJOURNED *sine die*. If the parties have not dismissed this case by February 16, 2021, the parties must submit a letter regarding the status of settlement discussions by that date.
>
> Date:   January 15, 2021
>             New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *Juscinska v. SHK Management, Inc.*
         Docket No. 1:20-cv-06795 (JPC)

Dear Judge Cronan:

We represent defendant SHK Management, Inc. ("Defendant") in this matter. We write on behalf of all parties to advise the Court that this matter is settled in principle.

Now that the parties have come to an agreement, they are preparing a settlement agreement and are in the process of negotiating final language. Accordingly, the parties request that the Court adjourn the initial conference, currently scheduled for January 19, 2020, *sine die*. The parties expect to complete settlement and dismiss the matter, with prejudice, within the next 30 days.

We thank the Court for its attention to this matter

Respectfully,

/s/ Adam E. Collyer

Adam E. Collyer of
LEWIS BRISBOIS BISGAARD & SMITH LLP

AEC

cc:   **All Counsel of Record**

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4810-4596-0916.1