**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

NATALIA JUSCINSKA,                                              CASE NO.: **1:20-cv-06795-JPC**
*an individual*,

                           Plaintiff,

                                                                         **STIPULATION OF**
             v.                                                          **DISMISSAL WITH PREJUDICE**


SHK MANAGEMENT, INC.
d/b/a Korman Communities, Inc.,
*a Pennsylvania corporation,*


                           Defendant.
--------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NATALIA

JUSCINSKA ("Plaintiff") and Defendant SHK MANAGEMENT, INC., through their

undersigned respective counsel, that the above-entitled action be, and the same hereby is,

dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.


DATED: Garden City, New York
   March 30, 2021


  **BASHIAN & PAPANTONIOU, P.C**  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                  By:  /s/ Adam E. Collyer
 By:/s Erik M. Bashian         Adam E. Collyer, Esq.
   Erik M. Bashian, Esq.      *Attorneys for Defendant*
   *Attorneys for Plaintiff*      77 Water Street, 21st Floor
   500 Old Country Road, Suite 302   New York, NY 10005
   Garden City, NY 11530      Tel. (646) 783-1723
   Tel. (516) 279-1555       Adam.Collyer@lewisbrisbois.com
   Email: eb@bashpaplaw.com

              In light of the parties' stipulation of dismissal with prejudice
              pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) of the
              Federal Rules of Civil Procedure, the Clerk of the Court is
              respectfully directed to close this case.

              SO ORDERED.

              Date:  March 30, 2021
4842-2633-3411.1           New York, New York

                    JOHN P. CRONAN
                   United States District Judge